IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARA REILLY n/k/a TARA ADAMS, on behalf of herself and all others similarly situated, | : : : : | |
| Plaintiff | : : | 3:12-CV-02312 |
| v. | : : | (JUDGE NEALON) |
| NORTHEAST REVENUE SERVICES, LLC, | : : : | |
| Defendant | : | |

FILED
SCRANTON

AUG 0 1 2013

PER _____
DEPUTY CLERK

## ORDER

AND NOW, this 1st day of August, 2013, in accordance with the **MEMORANDUM** of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion to dismiss (Doc. 6) of Defendant, Northeast Revenue Services, LLC, is **GRANTED in part**: Plaintiff's claim under the Federal Debt Collections Practices Act, 15 U.S.C. § 1692 et seq., is dismissed;

2. The matter is transferred to the Pennsylvania Court of Common Pleas of Lackawanna County; and

3. The Clerk of Court shall **CLOSE** this action.

_____
United States District Judge